UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Andre R. Levesque</u>

      v.                      Civil No. 09-cv-437-JL

<u>State of New Hampshire, et al</u>

O R D E R

After due consideration of the objections filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated 5/12/10.  All of the following cases[1] are consolidated into the above-captioned case, and the Report and Recommendation in each case is approved over any objections filed, without prejudice to any issue being re-raised properly in a motion to dismiss.

                    Civil No. 09-cv-248-JD
                    Civil No. 09-cv-418-SM
                    Civil No. 09-cv-419-PB
                    Civil No. 09-cv-427-PB
                    Civil No. 09-cv-429-PB
                    Civil No. 09-cv-430-SM
                    Civil No. 09-cv-434-PB
                    Civil No. 09-cv-435-SM
                    Civil No. 09-cv-437-JL
                    Civil No. 09-cv-438-SM
                    Civil No. 09-cv-453-JD
                    Civil No. 10-cv-040-SM
                    Civil No. 10-cv-049-PB

---

[1] Civil No. 10-cv-041-JD shall not be consolidated with the others, as it is on appeal.

**SO ORDERED.**

/s/ Joe Laplante
Joseph N. Laplante
United States District Judge

Dated: June 14, 2010

cc: Andre R. Levesque, pro se
 Nancy Smith, Esq.
 Corey M. Belobrow, Esq.